UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PAUL R. DENBESTE,<br><br>            Appellant,<br><br>      vs.<br><br>JEFFREY G. LOCKE, Trustee,<br><br>            Appellee. | Case No:  C 13-5030 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Dismissing Action,

IT IS HEREBY ORDERED THAT that final judgment is entered in favor of Appellee.

IT IS SO ORDERED.

Dated:  June 30, 2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge